IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRYANT MEDINA,

        Plaintiff,

    v.

ISRAEL JACQUEZ,

        Defendant.

No. 3:24-cv-00111-JE

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Jelderks issued a Findings and Recommendation on July 15, 2024, in which he recommends that the Court dismiss the Petition for Writ of Habeas Corpus as moot, enter a judgment dismissing this case without prejudice, and decline to issue a certificate of appealability. F&R, ECF 9. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Jelderks' Findings and Recommendation [9]. Accordingly, the Court dismisses the Petition for Writ of Habeas Corpus [1] and dismisses this case without prejudice. Because the action is moot, the Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

DATED: _____September 6, 2024_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER